1

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
                              AT TACOMA
7

8    ROBERT MITCHELL,

9              Plaintiff,

                                              Case No. C09-5080BHS
10        v.

                                              ORDER OVERRULING
11   CORRECTIONAL OFFICER INI                 PLAINTIFF'S OBJECTIONS AND
     GILBERT, et al.,                         ADOPTING REPORT AND
                                              RECOMMENDATION
12            Defendants.

13

14        This matter comes before the Court on the Report and Recommendation of the

15   Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 29), Plaintiff's

16   Objections to the Report and Recommendation (Dkt. 31), Plaintiff's motion for hearing

17   (Dkt. 32), and Plaintiff's motion to continue (Dkt. 33).

18        On April 30, 2008, Plaintiff filed a civil rights complaint in the United States District

19   Court for the Eastern District of Washington. Dkt. 1. This action was later transferred to this

20   Court. Dkt. 25. On February 25, 2009, the Clerk's Office sent Plaintiff a letter advising him

21   he needed to provide service copies of the complaint and fill out Marshal's service forms.

22   Dkt. 27. The letter gave Plaintiff until March 30, 2009, to provide the needed service

23   documents. Plaintiff did not file the requested service documents.

24        On April 20, 2009, Judge Creatura recommended that the Court dismiss without

25   prejudice Plaintiff's claims for failure to provide service documents and failure to prosecute.

26   Dkt. 23 at 2.

27

28   ORDER – 1

1   On April 28, 2009, Plaintiff filed objections to the Report and Recommendation. Dkt.

2   31. Plaintiff maintains that he did send summons and notice to serve summons before April

3   9, 2009, but mistakenly included the wrong case number. *Id*. at 1. Plaintiff states that he

4   "will enclose a corrected summons and notice to serve summons with this objection." *Id*.

5   Attached to Plaintiff's objections is a document entitled "summons." Plaintiff also stated that

6   he did not receive any Marshal forms for this case, and asks that the Court accept the

7   summons and notice to serve summons and serve the documents to Defendants.

8       On April 28, 2009, Plaintiff filed a motion requesting a hearing. Dkt. 32. Plaintiff

9   also requested that the Court serve the summons on the Defendants. *Id*. On May 13, 2009,

10  Plaintiff again requested a hearing. Dkt. 33. Plaintiff also stated that his second copy of

11  summons was sent in March and that he has received no response. Finally, Plaintiff

12  requested a continuance.

13      Federal Rule of Civil Procedure 4(m) indicates that if service of a summons and

14  complaint is not made within 120 days of filing the court shall dismiss without prejudice

15  unless the plaintiff can show good cause why service was not made within that time.

16  Ignorance of the rules is not good cause. *Townsel v. County of Contra Costa*, 820 F.2d 319,

17  320 (9th Cir. 1987).

18      The Court adopts the Report and Recommendation. Plaintiff filed this action in April

19  2008 and has never served copies of the complaint. Plaintiff was advised by the Court that

20  he had until March 30, 2009, to provide copies of the amended complaint, and was advised

21  that the clerk's office would not make copies for him. Dkt. 27. He was also advised that he

22  needed to provide the Clerk with the full name and address of the named Defendants. *Id*.

23  The letter indicated that the appropriate forms were enclosed. The Court also notes that

24  Plaintiff previously received Marshal forms. *See* Dkt. 3.

25      Plaintiff has not provided the Court with copies of the complaint or the full names

26  and addresses of the named Defendants. As a result, he has not taken the necessary steps to

27

28  ORDER – 2

1  allow the Court to attempt service on Defendants. Plaintiff included a summons in his

2  objections, but still has not provided copies of the amended complaint.

3  While Plaintiff maintains that he did provide his "second copy of summons," he does

4  not maintain that he attempted to provide the requested copies of the amended complaint,

5  nor has he attempted to provide the requested address information of the Defendants.

6  Plaintiff has been provided the opportunity to correct these deficiencies, but has not

7  done so.

8  The Court having considered the Report and Recommendation, Plaintiff's objections,

9  and the remaining record, does hereby find and order:

10      (1)    The Court **OVERRULES** Plaintiff's objections;

11      (2)    The Court adopts the Report and Recommendation (Dkt. 29);

12      (3)    The Court denies Plaintiff's motions requesting hearings and motion for

13               continuance (Dkts. 32 and 33); and

14      (3)    This action is **DISMISSED WITHOUT PREJUDICE** for failure to

15               prosecute.

16  DATED this 8th day of June, 2009.

17

18

19                       BENJAMIN H. SETTLE

20                       United States District Judge

21

22

23

24

25

26

27

28  ORDER – 3