# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROBERT MITCHELL

v.

CORRECTIONAL OFFICER INI GILBERT, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5080BHS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court **OVERRULES** Plaintiff's objections;

The Court adopts the Report and Recommendation (Dkt. 29);

The Court denies Plaintiff's motions requesting hearings and motion for continuance (Dkts. 32 and 33); and

This action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

| June 17, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk