# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROBERT MITCHELL,

          v.

C/O GEORGE GILBERT, et al.,

JUDGMENT IN A CIVIL CASE

No. C09-5080BHS

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)    **ADOPTS** the report and recommendation;

(2)    **GRANTS** Defendants' motion for summary judgment on all claims; and

(3)    **Dismisses** Mitchell's claims **WITH PREJUDICE** for the reasons stated herein.

   November 2, 2010                               WILLIAM M. McCOOL
            Date                                                         Clerk

                                                                 *s/ Mary Trent*
                                                                   Deputy Clerk